FILED
CLERK

2012 JUL 11 PM 12: 41

U.S. DISTRICT COURT
EASTERN DISTRICT
OF NEW YORK

MEMORANDUM
TO THE HONORABLE REENA RAGGI
United States Circuit Court Judge

RE: PAPADAKOS, VASILIKE

DOCKET NO.: 90-CR-494 (CBA)

REQUEST FOR RELEASE OF PRE-SENTENCE REPORT

On July 31, 1992, the above named individual was sentenced by Your Honor following her conviction for a violation of 21 U.S.C. 846 & 841; Conspiracy to Distribute and Possession of Cocaine, a class A felony. She was sentenced to 188 months custody, followed by five (5) years of supervised release. On July 6, 2010, the offender completed her term of supervised release without incident in the District of Connecticut, due to her residency within this state. While on supervised release, jurisdiction of the offender's case was retained by the Eastern District of New York.

On June 26, 2012, the Probation Department in the District of Connecticut informed that the offender was arrested on May 6, 2012, and charged with a violation of 21 U.S.C. 846 & 841; Conspiracy to Distribute and Possession of a Controlled Substance, a class A felony. She is presently detained. The Assistant U.S. Attorney and the defense attorney requested the release of the offender's pre-sentence report dated, May 15, 1992, to assist in preparing for a bail hearing. We await Your Honor's decision as indicated below.

RESPECTFULLY SUBMITTED:

EILEEN KELLY
CHIEF U.S. PROBATION OFFICER

PREPARED BY: _____

Clare Kennedy
Sr. U.S. Probation Officer

APPROVED BY: _____ Lawrence M. Cavagnetto
2012.07.03 10:04:09 -04'00'

Lawrence Cavagnetto
Supervising U.S. Probation Officer

July 2, 2012

Request to Disclose Presentence Report:

Approved: _____    _____
U.S. Circuit Court Judge              Date

Denied: _____    _____
U.S. Circuit Court Judge              Date